SERENA MOSLEY-DAY
smosleyday@ftc.gov
REID TEPFER
rtepfer@ftc.gov
EDWARD HYNES
ehynes@ftc.gov
FEDERAL TRADE COMMISSION
1999 Bryan Street, Suite 2150
Dallas, TX 72501
Telephone: (214) 979-9390 (Mosley-Day)
Telephone: (214) 979-9395 (Tepfer)
Telephone: (214) 979-9381 (Hynes)

Local Counsel:
DAVID L. HANKIN (CA Bar No. 319825)
dhankin@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4317

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FITNESS INTERNATIONAL, LLC,<br>a limited liability company; and<br><br>FITNESS & SPORTS CLUBS, LLC,<br>a limited liability company.<br><br>Defendants. | Case No. 8:25-cv-01841-JWH-KES<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS** |

1

Plaintiff Federal Trade Commission ("FTC") hereby moves for a temporary stay of all hearings and deadlines in this case. Defendants do not oppose this motion. The FTC requests that the motion be decided without a motions hearing.

In support of this motion, counsel for the FTC states as follows:

1. Defendants' answer is due on October 21, 2025.

2. A scheduling conference has not been scheduled.

3. At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating, and does not know when funding will be restored.

4. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

6. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The FTC requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

7. Defense counsel has authorized counsel for the FTC to state that the Defendants do not object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay of this case until FTC attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated:  October 1, 2025 _____

2

NOTICE OF MOTION AND UNOPPOSED MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS

SERENA MOSLEY-DAY
REID TEPFER
EDWARD HYNES
Federal Trade Commission
1999 Bryan Street
Suite 2150
Dallas, TX 72501
(214) 979-9390;
smosleyday@ftc.gov (Mosley-Day)
(214) 979-9395;
rtepfer@ftc.gov (Tepfer)
(214) 979-9381;
ehynes@ftc.gov (Hynes)


DAVID L. HANKIN
Federal Trade Commission
10990 Wilshire Boulevard
Suite 400
Los Angeles, CA 90024
(310) 824-4317
dhankin@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

3

NOTICE OF MOTION AND UNOPPOSED MOTION TO STAY CASE IN
LIGHT OF LAPSE OF APPROPRIATIONS